IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMMY BOOBOO GARCIA<br><br>Defendant. | CR NO: 1:20-cr-00158-DAD-BAM<br><br>FILED<br>NOV 23 2020<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>DEPUTY CLERK |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee: Sammy Booboo Garcia
Detained at: Fresno County Jail
Detainee is:   a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
                    charging detainee with: 18 U.S.C. § 922(g)(1)
         or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.) ☒ return to the custody of detaining facility upon termination of proceedings
          or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary December 3, 2020, at 2:00 PM in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Antonio J. Pataca |
| Printed Name & Phone No: | ANTONIO J. PATACA  559-497-4070 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **DECEMBER 3, 2020, AT 2:00 PM**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 11/23/20

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 2024777 | DOB: | 07/29/2001 |
| Facility Address: | 1265 M. Street, Fresno, CA | Race: | Hispanic |
| Facility Phone: | | FBI#: | 850424WD7 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____  _____
                                   (signature)